# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−47981−lsg
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Jason Lee Cruz
3813 Cheyenne Dr., Lot 208
Burtchville Twp., MI 48059

Social Security No.:
xxx−xx−9752

Employer's Tax I.D. No.:

### ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

*IT IS ORDERED THAT: A discharge under 11 U.S.C. § 1328(a) is granted to:*

    *Jason Lee Cruz*

*The court finds that:*

1. The plan has been confirmed;
2. All allowed claims have been paid in accordance with the plan; and
3. With respect to any secured claim which continues beyond the term of the plan, any pre−petition or post−petition defaults have been cured;

*The court directs that:*

1. Any creditor who held a secured claim that was fully paid must execute and deliver to the debtor a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and
2. Any creditor who holds a secured claim that continues beyond the term of the plan must take no action inconsistent with the above findings.

Dated: 7/12/22

                                                BY THE COURT

                                       ____/s/ Lisa S. Gretchko____
                                       United States Bankruptcy Judge

*Explanation of Bankruptcy Discharge in a Chapter 13 Case*
This order does not close or dismiss the case.

*Creditors cannot collect discharged debts*
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11.U.S.C. § 524(f).

*Most debts are discharged*
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

*Some debts are not discharged*
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Michigan

In re:  
Jason Lee Cruz  
    Debtor

Case No. 18-47981-lsg  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0645-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 12, 2022      Form ID: 3180W      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Lee Cruz, 3813 Cheyenne Dr., Lot 208, Burtchville Twp., MI 48059-2517 |
| 25375486 | + | Credit Union ONE, Attn: Bankruptcy, 400 East Nine Mile Road, Ferndale, MI 48220-1774 |
| 25375489 | + | Indian Trail North, 3650 Metcalf Rd, Burchville Twp., MI 48059-2569 |
| 25375494 | ++ | MICHIGAN DHHS OFFICE OF CHILD SUPPORT, ATTN BANKRUPTCY REPORTING CONTACT, PO BOX 30478, LANSING MI 48909-7978 address filed with court:, State Of Michigan Office Child Support, Office of Child Support, 235 S Grand Ave Pob 30037, Lansing, MI 48909 |
| 25375493 | + | St. Clair County Friend of Court, 201 McMorran Blvd # 1600, Port Huron, MI 48060-4078 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25375484 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2022 01:03:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 25375485 | + | EDI: CAPITALONE.COM | Jul 13 2022 04:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25451074 | + | EDI: DTEE.COM | Jul 13 2022 04:23:00 | DTE Energy, One Energy Plaza, WCB 735, Detroit, MI 48226-1221 |
| 25375487 | + | Email/Text: crdept@na.firstsource.com | Jul 13 2022 01:03:00 | First Source Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 25388714 | + | Email/Text: bankruptcy@genisyscu.org | Jul 13 2022 01:03:00 | GENISYS CREDIT UNION, 2100 Executive Hills Blvd., Auburn Hills, MI 48326-2947 |
| 25375488 | + | Email/Text: bankruptcy@genisyscu.org | Jul 13 2022 01:03:00 | Genisys Credit Union, Attn: Bankruptcy, Po Box 436034, Pontiac, MI 48343-6034 |
| 25454661 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 01:03:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 25375490 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 01:03:00 | Midland Credit Management, PO Box 51319, Los Angeles, CA 90051-5619 |
| 25375491 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 01:03:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 25375492 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 01:03:00 | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 25377012 | + | EDI: RECOVERYCORP.COM | Jul 13 2022 04:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25481020 | + | Email/Text: bncmail@w-legal.com | Jul 13 2022 01:03:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25488433 | ##+ | Jaquelyn Barbier, 197 Hunters Crossing Blvd., Capac, MI 48014-3742 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher E. Frank | on behalf of Creditor Credit Union One ECFBK@leducfrank.com |
| Christopher W. Jones | on behalf of Debtor Jason Lee Cruz filing@acclaimlegalservices.com alsfiling@gmail.com;ChrisR55374@notify.bestcase.com |
| Karen L. Rowse-Oberle | on behalf of Creditor Genisys Credit Union krowse-oberle@brolawpllc.com krowseoberle@gmail.com |
| Krispen S. Carroll | notice@det13ksc.com |
| William D. Johnson | on behalf of Debtor Jason Lee Cruz filing@acclaimlegalservices.com alsfiling@gmail.com;Billr55374@notify.bestcase.com |

TOTAL: 5